UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 7, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> DUNG NGUYEN, ) <br> ) <br> Defendant. ) | Case No. 2:09-cr-222 GEB <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release _Dung Nguyen_ Case _2:09-cr-222 GEB_ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __   Release on Personal Recognizance

    __   Bail Posted in the Sum of _____

    __   Secured bond in the amount of

    __   Appearance Bond with 10% Deposit

    _X_  Secured Appearance Bond in the amount of $75,000, $40,000 of which secured by the real property owned by Suong Tran, and the remaining $35,000 shall be unsecured.

    __   Corporate Surety Bail Bond

    _X_  (Other) _Pretrial conditions/supervision;_

Issued at _Sacramento, CA_ on _10/7/09_   at _1:13 p.m._

By _____
Kimberly J. Mueller,
United States Magistrate Judge