MICHAEL D. LONG
Attorney at Law
State Bar Number 149475
901 H Street, Suite 301
Sacramento, California 95814
(916) 447-1920
Mike.long.law@msn.com

Attorney for DUNG NGUYEN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>DUNG NGUYEN,<br><br>             Defendant. | No. Cr. S. 09-222 TLN<br><br>REQUEST FOR ORDER AND ORDER EXONERATING BOND<br><br>Judge: Hon. TROY L. NUNLEY |

　　　On or about October 7, 2009, a $75,000 appearance bond, $40,000 of which was secured by a deed of trust against the real property of Suong Tran, located at 10428 Donner Avenue, Stockton, CA 95209, in San Joaquin County, was posted on behalf of Dung Nguyen in case 09-222 TLN (then numbered as 09-222 GEB). [See ECF documents 91, 92 and 93.]

　　　On August 16, 2013, Dung Nguyen was surrendered in to federal custody.

　　　Because Mr. Nguyen is now in custody, it is hereby requested that the $75,000 appearance bond, $40,000 of which was secured by a deed of trust against the real property of Suong

-1-

Tran, located at 10428 Donner Avenue, Stockton, CA 95209, be exonerated in the above-captioned case and that the Clerk of the District Court be directed to reconvey back to the Trustors (San Joaquin County Recorders) the deed of trust received by the Clerk on or about October 7, 2009.

DATED:   September 4, 2013     Respectfully submitted,


/s/ *Michael D. Long*___
Michael D. Long
Attorney for Dung Nguyen


IT IS HEREBY ORDERED that the bail bond in the amount of $75,000 appearance bond, $40,000 of which was secured by a deed of trust against the real property of Suong Tran, located at 10428 Donner Avenue, Stockton, CA 95209, is hereby exonerated. The Clerk of the District Court is hereby ordered to reconvey back to the Trustors (San Joaquin County Recorders) the deed of trust received by the Clerk on or about October 7, 2013.

DATED: September 4, 2013.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

-2-